## KNIGHT & JILLSON COMPANY v. CASTLE ET AL.

[No. 5,816. Filed November 20, 1908.]

From Shelby Circuit Court; *Will M. Sparks*, Judge.

Action by the Knight & Jillson Company against Arthur C. Castle and others. From a judgment for defendants, plaintiff appeals. *Transferred to Supreme Court.* (See — Ind. —.)

*David L. Wilson, R. W. Harrison* and *D. P. Williams*, for appellant.

*Carson, Thompson & Dowden*, for appellees.

PER CURIAM.—This cause being submitted for determination to the entire court, and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under §1399 Burns 1908, Acts 1901, p. 565, §15.

## LEEDS v. WARREN-SCHARF ASPHALT PAVING COMPANY.

[No. 5,823. Filed November 20, 1908.]

## VREELAND v. SAME.

[No. 5,824. Filed December 18, 1908.]

## LEEDS ET AL. v. SAME.

[No. 5,826. Filed December 18, 1908.]

## ROOT MANUFACTURING COMPANY v. SAME.

[No. 5,829. Filed December 18, 1908.]

From Laporte Superior Court; *Charles H. Truesdell*, Special Judge.

Suits by the Warren-Scharf Asphalt Paving Company. From decrees for plaintiff, defendants appeal. *Reversed.*

*James F. Gallaher*, for appellants.
*C. R. Collins* and *J. B. Collins*, for appellee.

MYERS, J.—These were suits by appellee to foreclose alleged street assessment liens against appellants' property situated in